FILED

2019 JUL 31   PM 4: 20

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

SEALED

1   MICHAEL BAILEY
United States Attorney
2   District of Arizona
RYAN P. DEJOE
3   SUSANNA MARTINEZ
Assistant U.S. Attorneys
4   United States Courthouse
405 W. Congress Street, Suite 4800
5   Tucson, Arizona 85701
Telephone:  520-620-7300
6   ryan.dejoe@usdoj.gov
susanna.martinez@usdoj.gov
7   Attorneys for Plaintiff

CR19-02042 TUC-JAS(MSD)

8   IN THE UNITED STATES DISTRICT COURT

9   FOR THE DISTRICT OF ARIZONA

10

11   United States of America,

                Plaintiff,

12

13         vs.

14   1.   Rodrigo Paez-Quintero,
          **Counts 1-10**

15   2.   Jesus Dario Murrieta-Navarro,
          **Counts 1, 5, 7**

16

17   3.   Jesus Francisco Joel Silva-Esparza,
          **Counts 1-7**

18   4.   Cesar Martinez-Celaya,
          **Counts 1 & 3**

19

20   5.   Jesus Pablo Caballero-Cabrera,
          **Counts 1 & 6**

21   6.   Vanessa Soto-Valenzuela,
          **Counts 1 & 4**

22

23   7.   Jose Zavala-Gamez,
          **Counts 1, 2, 5, 7, 8, & 10**

24   8.   Luis Enrique Solano-Martinez,
          **Counts 1, 8-10**

25

26   9.   Luis Ivan Salazar-Zavala,
          **Counts 1 & 8**

27   10.  Ernesto Huerta-Murillo,
          **Counts 1 & 3**

28

INDICTMENT

VIO: 21 U.S.C. §§ 846, 841(a)(1),
841(b)(1)(A)(i), 841(b)(1)(A)(viii),
and 841(b)(1)(B)(vi)
(Conspiracy to Possess with Intent to
Distribute Heroin, Methamphetamine,
and Fentanyl)
**Count 1**

21 U.S.C. §§ 841(a)(1) and
841(b)(1)(A)(viii)
(Possession with Intent to Distribute
Methamphetamine)
18 U.S.C. § 2
(Aiding and Abetting)
**Counts 3, 6-9**

21 U.S.C. §§ 841(a)(1),
841(b)(1)(A)(i) and 841(b)(1)(A)(viii)
(Possession with Intent to Distribute
Heroin and Methamphetamine)
18 U.S.C. § 2
(Aiding and Abetting)
**Counts 2, 4 & 10**

21 U.S.C. §§ 841(a)(1) and
841(b)(1)(A)(i), 841(a)(1)(A)(viii),
and 841(b)(1)(B)(vi)
(Possession with Intent to Distribute
Heroin, Methamphetamine, and
Fentanyl)
18 U.S.C. § 2
(Aiding and Abetting)
**Count 5**

Defendants.

21 U.S.C. § 853
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

Beginning at a time unknown, to on or about March 22, 2019, at or near various locations in the District of Arizona, Rodrigo PAEZ-QUINTERO, Jesus Dario MURRIETA-NAVARRO, Jesus Francisco Joel SILVA-ESPARZA, Cesar MARTINEZ-CELAYA, Jesus Pablo CABALLERO-CABRERA, Vanessa SOTO-VALENZUELA, Jose ZAVALA-GAMEZ, Luis Enrique SOLANO-MARTINEZ, Luis Ivan SALAZAR-ZAVALA, and Ernesto HUERTA-MURILLO named herein as defendants and co-conspirators, did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to the grand jury, to possess with intent to distribute 1 kilogram or more of heroin, a Schedule I controlled substance; 50 grams or more or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; and 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(i), 841(b)(1)(A)(viii), and 841(b)(1)(B)(vi).

All in violation of Title 21, United States Code, Section 846.

<u>**COUNT 2**</u>

On or about June 7, 2018, at or near Lukeville, in the District of Arizona, Rodrigo PAEZ-QUINTERO, Joel SILVA-ESPARZA, and Jose ZAVALA-GAMEZ, did knowingly and intentionally possess with intent to distribute 1 kilogram or more of heroin, that is, approximately 3.26 kilograms of heroin, a Schedule I controlled substance; and 50 grams or more or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 80.47 kilograms of

methamphetamine, a Schedule II controlled substance, or did aid, abet, counsel, command, induce, procure, or cause the same in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(i), and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

### COUNT 3

On or about July 27, 2018, at or near Phoenix, in the District of Arizona, Rodrigo PAEZ-QUINTERO, Joel SILVA-ESPARZA, Cesar MARTINEZ-CELAYA, and Ernesto HUERTA-MURILLO, did knowingly and intentionally possess with intent to distribute 50 grams or more or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 48.76 kilograms of methamphetamine, a Schedule II controlled substance, or did aid, abet, counsel, command, induce, procure, or cause the same in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

### COUNT 4

On or about August 16, 2018, at or near Ajo, in the District of Arizona, Rodrigo PAEZ-QUINTERO, Joel SILVA-ESPARZA, and Vanessa SOTO-VALENZUELA, did knowingly and intentionally possess with intent to distribute 1 kilogram or more of heroin, that is, approximately 2.47 kilograms of heroin, a Schedule I controlled substance; and 50 grams or more or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 88.44 kilograms of methamphetamine, a Schedule II controlled substance, or did aid, abet, counsel, command, induce, procure, or cause the same in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(i), and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

### COUNT 5

On or about September 27, 2018, at or near Lukeville, in the District of Arizona, Rodrigo PAEZ-QUINTERO, Jesus Dario MURRIETA-NAVARRO, Joel SILVA-ESPARZA, and Jose ZAVALA-GAMEZ, did knowingly and intentionally possess with

intent to distribute 1 kilogram or more of heroin, that is, approximately 1.10 kilograms of heroin, a Schedule I controlled substance; and 50 grams or more or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 8.86 kilograms of methamphetamine, a Schedule II controlled substance; and 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, that is, approximately 370.6 grams of fentanyl, a Schedule II controlled substance or did aid, abet, counsel, command, induce, procure, or cause the same in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(i), 841(b)(1)(A)(viii), and 841(b)(1)(B)(vi), and Title 18, United States Code, Section 2.

## COUNT 6

On or about October 16, 2018, at or near Lukeville, in the District of Arizona, Rodrigo PAEZ-QUINTERO, Joel SILVA-ESPARZA, and Jesus Pablo CABALLERO-CABRERA did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 88.18 kilograms of methamphetamine, a Schedule II controlled substance; and did aid, abet, counsel, command, induce, procure, and cause the same in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## COUNT 7

On or about November 23, 2018, at or near Lukeville, in the District of Arizona, Rodrigo PAEZ-QUINTERO, Jesus Dario MURRIETA-NAVARRO, Joel SILVA-ESPARZA, and Jose ZAVALA-GAMEZ did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 50.96 kilograms of methamphetamine, a Schedule II controlled substance; and did aid, abet, counsel, command, induce, procure, and cause the same in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

**COUNT 8**

On or about January 19, 2019, at or near Phoenix, in the District of Arizona, Rodrigo PAEZ-QUINTERO, Jose ZAVALA-GAMEZ, Luis Enrique SOLANO-MARTINEZ, and Luis Ivan SALAZAR-ZAVALA did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 32.95 kilograms of methamphetamine, a Schedule II controlled substance; and did aid, abet, counsel, command, induce, procure, and cause the same in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

**COUNT 9**

On or about February 9, 2019, at or near Lukeville, in the District of Arizona, Rodrigo PAEZ-QUINTERO and Luis Enrique SOLANO-MARTINEZ did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 20.5 kilograms of methamphetamine, a Schedule II controlled substance; and did aid, abet, counsel, command, induce, procure, and cause the same in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

**COUNT 10**

On or about March 22, 2019, at or near Lukeville, in the District of Arizona, Rodrigo PAEZ-QUINTERO, Jose ZAVALA-GAMEZ, and Luis Enrique SOLANO-MARTINEZ did knowingly and intentionally possess with intent to distribute 1 kilogram or more of heroin, that is, approximately 2.13 kilograms of heroin, a Schedule I controlled substance; and 50 grams or more or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, that is, approximately 21.84 kilograms of methamphetamine, a Schedule II controlled substance, or did aid, abet, counsel, command, induce, procure, or cause the same in violation of Title 21, United States Code, Sections

841(a)(1), 841(b)(1)(A)(i), and 841(b)(1)(A)(viii) and Title 18, United States Code, Section 2.

## **FORFEITURE ALLEGATION**

Upon conviction of one or more of the controlled substance offenses alleged in Counts One through Ten of this Indictment, the defendants named in this Indictment, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, all right, title, and interest in (1) any property, real or personal, constituting, or derived from, any proceeds the defendant(s) obtained, directly or indirectly, as the result of the said violations, and (2) any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate, the commission of the said violations.

The property to be forfeited includes, but is not limited to:

1. A sum of money equal to the amount of proceeds obtained as a result of the offenses.

If any of the forfeitable property, as a result of any act or omission of the defendants: (1) cannot be located upon the exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third party; (3) has been placed beyond the jurisdiction of the court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of said defendant(s) up to the value of the above forfeitable property, including but not limited to all property, both real and personal, owned by the defendants.

///

//

/

All pursuant to Title 21, United States Code, Section 853 and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/s/

_____
Presiding Juror

MICHAEL BAILEY
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/s/

Assistant U.S. Attorney

Dated:   July 31, 2019